Joseph M. Scott, Esquire
**BARKER, SCOTT & GELFAND**
A PROFESSIONAL CORPORATION
210 New Road, Suite 12
Linwood Greene
Linwood, New Jersey 08221
Phone: (609) 601-8677
Jscott@BarkerLawFirm.net
File: 47492-40
Attorneys for Defendant, William Porch.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL GARRISON,<br><br>        Plaintiff<br><br>v.<br><br>WILLIAM PORCH, DENISE WATSON, JOHN McBRIDE, ROBERT CARUSO, ROBERT MATTEUCCI, PAUL SKILL, TED HINDES, Police Officers, the CITY OF NORTH WILDWOOD, and the NORTH WILDWOOD POLICE DEPARTMENT,<br>        Defendants. | Civil Action No. 04-cv-1114<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The counterclaim of Defendant, William Porch in the above-entitled action, by way of agreement between the parties and their counsel, is hereby dismissed with prejudice, without costs against any party.

                 **BARKER, SCOTT & GELFAND**

Date: 6-19-08     By: _____
                 Joseph M. Scott, Esquire
                 Attorney for Defendant/Counterclaimant,
                 William Porch

                 **D'AMATO LAW FIRM, PC**

Date: _____    By: _____
                 Paul R. D'Amato, Esquire
                 Attorney for Plaintiff, Michael Garrison