**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MICHAEL GARRISON,  :  Civ. A. No. 04-1114 (NLH)(AMD)
    Plaintiff,  :
  v.  :  **ORDER**
WILLIAM PORCH,  :
    Defendant.  :

For the reasons expressed in the Court's Opinion filed today,

**IT IS HEREBY** on this <u>29th</u> day of <u> March </u>, 2011

**ORDERED** that Defendant's motion for summary judgment [84] is **DENIED**.

                                                s/ Noel L. Hillman

At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.